***E-FILED - 11/20/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DEBOSE, | No. C 05-2857 RMW (PR) |
| Plaintiff, | JUDGMENT |
| vs. | |
| M. BELL, et. al., | |
| Defendants. | |

The court has granted defendants' motion to dismiss. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/17/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

G:\PRO-SE\SJ.Rmw\CR.05\DeBose857jud.wpd          1